IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ARAMTEL, LTD. | * | |
| Plaintiff | * | |
| v. | * | |
| FAISAL FADUL, et al. | * | Case No. WDQ-07-CV-1694 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Aramtel Limited, by its undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice the above-captioned case.

Respectfully submitted,

/s/
Steven E. Tiller, Bar No. 11085
Ilana Subar, Bar No. 25181
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Suite 1500
Baltimore, Maryland 21202-1626
(410) 347-8700

*Attorneys for Plaintiff, Aramtel Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 27th day of July 2007, a copy of the foregoing Notice of Dismissal Without Prejudice was served via first class mail, postage prepaid, to:

>Christopher C.S. Manning, Esquire
>Manning & Sossamon PLLC
>1532 Sixteenth Street, NW
>Washington, DC 20036

/s/
Ilana Subar

1747110